A04A0313. SMITH v. THE STATE.
(619 SE2d 786)

RUFFIN, Chief Judge.

The Supreme Court granted certiorari in this case, and in *Smith v. State*[1] reversed the judgment of this court. We therefore vacate our opinion in *Smith v. State*[2] and make the judgment of the Supreme Court the judgment of this court. The case is remanded to the trial court for proceedings consistent with this opinion.

*Judgment reversed. Andrews, P. J., Johnson, P. J., Ellington, Miller, Adams and Bernes, JJ., concur.*

DECIDED AUGUST 12, 2005.

*Marcy A. Jolles, Benjamin A. Pearlman*, for appellant.
*Kenneth W. Mauldin, District Attorney, Brian V. Patterson, Assistant District Attorney*, for appellee.

---

[1] 279 Ga. 396 (614 SE2d 79) (2005).
[2] 268 Ga. App. 231 (601 SE2d 708) (2004).